UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS M. SCOTT,

        Plaintiff,                        Case No. 1:13-CV-198

v.                                            HON. ROBERT HOLMES BELL

JACK COOPER TRANSPORT COMPANY,
INC.,

        Defendant.
_____/

**ORDER APPROVING AND ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

On November 19, 2013, Magistrate Judge Joseph G. Scoville issued a Report and Recommendation ("R&R") (Dkt. No. 14) recommending that Defendant's motion to dismiss (Dkt. No. 8) be granted and that plaintiff's pro se employment discrimination action be dismissed in its entirety. No objections have been filed, and the deadline for doing so has expired. The Court has reviewed the matter and concludes that the R&R correctly analyzes the issues and makes a sound recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Magistrate Judge's November 19, 2013, R&R (Dkt. No. 14) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that all Plaintiff's claims based upon administrative charge no. 471-2011-03575 are **DISMISSED WITH PREJUDICE** because they are time-barred.

**IT IS FURTHER ORDERED** that all Plaintiff's claims not based on not based on administrative charge no. 471-2011-03575 are **DISMISSED WITHOUT PREJUDICE** because plaintiff did not exhaust his administrative remedies on those claims.


Dated: January 14, 2014                     /s/ Robert Holmes Bell
                                            ROBERT HOLMES BELL
                                            UNITED STATES DISTRICT JUDGE